UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROGELIO MAY RUIZ,

    Plaintiff,

    v.

NITA L. STORMES, et al.,

    Defendants.

No. 2:19-cv-02352-TLN-EFB

**ORDER**

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 25, 2020, the Court denied Plaintiff's application for leave to proceed in forma pauperis because Plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted Plaintiff fourteen days within which to pay the $400 filing fee for this action. (ECF No. 13.) Plaintiff was warned that failure to pay the filing fee within fourteen days would result in dismissal of this action. (*Id.*) Plaintiff has not paid the fee or otherwise responded.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED pursuant to Fed. R. Civ. Pro. 41(b). The clerk of the Court is directed to close this case.

///

IT IS SO ORDERED.

Dated: August 10, 2020

Troy L. Nunley
United States District Judge