UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO MAY RUIZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NITA L. STORMES, et al.,<br><br>　　　　　Defendants. | No.  2:19-cv-02352-TLN-EFB<br><br>**ORDER** |

　　　　On August 11, 2020, this civil rights case was dismissed after the Court denied Plaintiff's application for leave to proceed in forma pauperis and Plaintiff failed to pay the $400 filing fee. (ECF No. 15.)  Judgment was duly entered.  (ECF No. 16.)

　　　　On August 27, 2020, Plaintiff filed a "Request for Reconsideration and granted request in forma pauperis . . . ," which the Court construes as a motion for relief from judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.  (ECF No. 17.)  So construed, the motion is DENIED.

　　　　Rule 60(b) provides for reconsideration of a final judgment where one of more of the following is shown: (1) mistake, inadvertence, surprise, or excusable neglect; (2) newly discovered evidence which, with reasonable diligence, could not have been discovered within twenty-eight days of entry of judgment; (3) fraud, misrepresentation, or misconduct of an opposing party; (4) voiding of the judgment; (5) satisfaction of the judgment; and (6) any other

1    reason justifying relief.  Fed. R. Civ. P. 60(b).  Plaintiff argues in his motion that his application
2    for leave to proceed in forma pauperis should have been granted.  (ECF No. 17.)  But Plaintiff
3    previously presented these arguments to the Court (ECF No. 12) and they were rejected (ECF No.
4    13).  Plaintiff's motion fails to satisfy the standard set forth in Rule 60(b).
5           Accordingly, IT IS ORDERED that Plaintiff's "Request for Reconsideration and granted
6    request in forma pauperis . . . ,"  (ECF No. 17), construed as a Rule 60(b) motion for relief from
7    judgment, is DENIED.
8           IT IS SO ORDERED.
9    DATED:  October 2, 2020

                                                    Troy L. Nunley
                                                    United States District Judge

2